UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DR. AND MRS. ROBERT SHARKEY, on behalf of Ryan Reid Sharkey, a minor,

          Plaintiffs,

vs.                      Case No. 2:04-cv-552-FtM-29SPC

FOOD AND DRUG ADMINISTRATION,

          Defendant,

-vs-

MERCK & CO., INC.,

          Defendant-Intervenor.
_____/

## ORDER

This matter comes before the Court sua sponte. On November 15, 2004, this case was designated a Track Two case (Doc. #5). Upon review of the Complaint (Doc. #1), the Court notes that the case does not fall within the categories of proceedings properly designated Track Two or Track Three cases pursuant to Local Rules 3.05(b)(2) and 3.05(b)(3), respectively. The Court finds that the case should be converted to a Track One case, and the procedures set forth in Local Rule 3.05(c)(1) shall apply. Under Local Rule 3.05(a), "[t]he presiding judge may... direct at any time that a case be redesignated from one track to a different track."

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk shall redesignate the case to a Track One case.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 18th day of May, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record