```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

DR. AND MRS. ROBERT SHARKEY, on
behalf of Ryan Reid Sharkey, a
minor,

        Plaintiffs,

vs.                      Case No.   2:04-cv-552-FtM-33SPC

FOOD AND DRUG ADMINISTRATION,

        Defendant,

-vs-

MERCK & CO., INC.,

        Defendant-
Intervenor.
_____/

**ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 71), filed on April 19, 2006, recommending (1) that Defendant Food & Drug Administration's Motion for Clerk's Taxation of Costs (Doc. # 68) should be GRANTED; (2) that the Clerk tax the cost in Defendant Food & Drug Administration's bill of costs against the Plaintiffs; and (3) that Defendant Food & Drug Administration be reimbursed for copying charges of $44.70 and docketing fees of $20.00 for a total of $64.70.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings

and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. The Court therefore accepts the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation is hereby **ACCEPTED** and **ADOPTED.**

2. The Food and Drug Administration's Motion for Clerk's Taxation of Costs (Doc. # 68) is **GRANTED.**

3. The Clerk should tax the costs in Defendant Food and Drug Administration's Bill of costs against Plaintiffs.

4. Defendant Food and Drug Administration should be reimbursed for copying charges of $44.70 and docketing fees of $20.00 for a total of $64.70.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>10th</u> day of May, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record